IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARCUS TYRONE BROADNAX,**
**D.O.C. # 129250,**

    **Petitioner,**

vs.                                             Case No. 3:15cv341-RV/CAS

**SECRETARY, FLORIDA DEPARTMENT**
**OF CORRECTIONS JULIES JONES,**
**and SUWANNEE CORRECTIONAL**
**INSTITUTION  WARDEN REED,**

    **Respondents.**
_____


## ORDER

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 4, 2015.  Doc. 2.  The parties have has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and the objections thereto timely filed (doc. 3), I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion for extension of time, doc. 1 is **DENIED** and this case **DISMISSED** without prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED** and that leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 20th day of August, 2015.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**